IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHICAGO AREA I.B. OF T. PENSION TRUST FUND, by and through its Trustees HOWARD C. MURDOCH, RONALD SANDACK, PATRICK BRUNO, and MICHAEL G. PHILIPP,<br><br>      Plaintiff,<br><br>v.<br><br>VICTORY SPUD SERVICE, INC. and other any trade or business under common control with VICTORY SPUD SERVICE, INC.,<br><br>      Defendants. | Case No. 18-cv-02182<br><br>Judge Edmond E. Chang |

## PLAINTIFF'S MOTION FOR
## ENTRY OF FINAL JUDGMENT ORDER UNDER COUNT I

Plaintiff the Chicago Area I.B. of T. Pension Trust Fund ("Fund"), hereby moves for entry of a final judgment order against Defendant Victory Spud Service, Inc. ("Victory Spud" or "Company") under Count I of the Complaint. In support of this motion, the Fund states as follows:

1.     This is an action to collect withdrawal liability under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended by the Multiemployer Pension Plan Amendments Act of 1980 ("MPPAA"), 29 U.S.C. §§ 1001-1461.

2.     The Fund previously moved for summary judgment against Victory Spud under Count I of its Complaint. Pl.'s Mot. S.J. Under Count I [Doc. No. 17]. On July 9, 2018, Victory Spud withdrew its opposition to the summary judgment motion. Def.'s Response to Pl.'s Mot. For Partial S.J. [Doc. No. 31].

3.     The Fund prepared a proposed judgment order against Victory Spud and provided the proposed order to Victory Spud for review. Victory Spud requested several revisions, which

1

the Fund made to the proposed order.  As of the time that this motion is filed, Victory Spud's attorney has stated that Victory Spud may request additional revisions to the order.  A copy of the current draft of the proposed order is attached hereto as Exhibit A and will be submitted to the Court's e-mail box for proposed orders.

4. The Fund is filing this motion now so that a judgment order can be entered this week.  The Fund will notify the Court if the parties agree to a proposed judgment order after this motion is filed and before the hearing on the motion.

WHEREFORE, for the foregoing reasons, the Fund respectfully requests that this Court enter the proposed judgment order attached hereto as Exhibit A and submitted to the Court's e-mail box for proposed orders.

Respectfully submitted,

/s/ Jeremy M. Barr
Jeremy M. Barr
Attorney for the Plaintiff

Jeremy M. Barr (ARDC# 6299047)
Elizabeth L. Rowe (ARDC# 6316967)
DOWD, BLOCH, BENNETT,
CERVONE, AUERBACH & YOKICH
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361